NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

| | |
|---|---|
| In the Interest of O.R.T., a child. )<br>_____ )<br> )<br>T.S.V. and R.E.V., )<br> )<br>      Appellants, )<br> )<br>v. )<br> )<br>DEPARTMENT OF CHILDREN AND )<br>FAMILIES and GUARDIAN AD LITEM )<br>PROGRAM, )<br> )<br>      Appellees. )<br>_____ ) | Case No. 2D17-4216 |

Opinion filed July 11, 2018.

Appeal from the Circuit Court for Charlotte
County; Leigh Frizzell Hayes, Judge.

T.S.V. and R.E.V., pro se.

Meredith K. Hall of Children's Legal
Services, Bradenton, for Appellee
Department of Children and Families.

David P. Krupski, Sanford, for Appellee
Guardian ad Litem Program.

PER CURIAM.


      Affirmed.


CRENSHAW, MORRIS, and BLACK, JJ., Concur.